**2013–1874. In re Application of Champaign Wind, L.L.C.**
Power Siting Board, No. 12–160–EL–BGN. This cause is pending before the court as an appeal from the Power Siting Board.

Upon consideration of the motions for admission pro hac vice of Eugene Grace and Howard A. Learner, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0456. L.L. Bean, Inc. v. Levin.**
Board of Tax Appeals, No. 2010–2853. This cause is pending before the court as an appeal from Board of Tax Appeals.

Upon consideration of the motions for admission pro hac vice of David W. Bertoni and Martin Eisenstein, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0502. State v. Brown.**
Hamilton App. No. C–130120. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' decision, it is ordered by the court that the motion is denied.

PFEIFER and O'NEILL, JJ., dissent.

**2014–0503. State v. Washington.**
Hamilton App. No. C–130213. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is denied.

PFEIFER and O'NEILL, JJ., dissent.

## RECONSIDERATION OF PRIOR DECISIONS

**2014–0359. State ex rel. Linnabary v. Husted.**
In Mandamus. Reported at ___ Ohio St.3d ___, 2014-Ohio-1417, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0139. Dublin Cty. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1292.

## CASE ANNOUNCEMENTS

*April 10, 2014*

[Cite as *04/10/2014 Case Announcements*, 2014-Ohio-1506.]